IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALBERT LEE COOK**                                                **PLAINTIFF**

v.            **CASE NO. 4:09-cv-00577 BSM**

**UNION PACIFIC RAILROAD COMPANY**                      **DEFENDANT**

**ORDER**

The parties' joint motion to dismiss [Doc. No. 47] is GRANTED. Albert Cook's action against Union Pacific Railroad Company is dismissed with prejudice. Each party is responsible for its own costs.

IT IS SO ORDERED this 24th day of February, 2011.


_____
UNITED STATES DISTRICT JUDGE