**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ALBERT LEE COOK**                                                                                              **PLAINTIFF**

**v.**                          **CASE NO. 4:09-cv-00577 BSM**

**UNION PACIFIC RAILROAD COMPANY**                                                         **DEFENDANT**

**JUDGMENT**

Pursuant to the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of February, 2011.


_____
UNITED STATES DISTRICT JUDGE